**Exhibit 4**

U.S. Department of Homeland Security
Washington, D.C. 20528



Homeland Security

*Privacy Office, Mail Stop 0655*

March 25, 2022

C. Peter Sorenson
Sorenson Law Office
PO Box 10836
Eugene, OR 97440

Re: **2022-HQFO-00720**

Dear Mr.Sorenson:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Privacy Office, dated February 22, 2022, and received in this office on February 28, 2022.  You requested documents regarding:
1) all records depicting or describing the findings of the "investigative work" done by U.S. Customs and Border Protection's Office of Professional Responsibility on the September 19, 2021 incident. For purposes of this numbered request and for all that follow the term "the September 19, 2021 incident" means "Allegations made against or about United States Customs and Border Protection (CBP) agents "whipping" or otherwise engaging migrants attempting to cross into the United States in or near the Rio Grande River near Del Rio, Texas during the migrants' encounter with CBP agents on September 19, 2021. Photographs of this encounter were taken by El Paso freelance journalist Paul Ratje." photographs depicted the agents engaged in 'whipping' the migrants. Substantial communications, as reported in the media, occurred between the White House and the Department of Homeland Security and the CBP. An investigation followed.

Due to the subject matter of your request, I am transferring this request to the FOIA Officer for U.S. Customs and Border Protection (CBP), for processing under the FOIA and direct response to you.  You may contact CBP's FOIA office directly at:

FOIA Officer
U.S. Customs and Border Protection
90 K Street, NE
FOIA Division
Washington, DC 20229
Phone: 202-325-0150
CBP Website

If you need to contact our office again about this matter, please refer to **2022-HQFO-00720**. You may contact this office at 1-866-431-0486 or 202-343-1743 or at foia@hq.dhs.gov.

Sincerely,

*Jimmy Wolfrey*

Jimmy Wolfrey
Senior Director, FOIA Operations and Management (Acting)