**Exhibit 4**

From: <no-reply@foiaonline.gov>
Date: Mon, Mar 28, 2022 at 10:03 AM
Subject: FOIA Tracking Number Change for referral CBP-2022-058909 (to CBP-OC-2022-058909)
To: <petesorenson@gmail.com>

The FOIA referral CBP-2022-058909 has had its Tracking Number changed to CBP-OC-2022-058909. This is normally due to the referral being transferred to another agency (for example, EPA to Dept. of Commerce) or to a sub-agency to process it. Additional details for this referral are as follows:

- Old Tracking Number: CBP-2022-058909
- New Tracking Number: CBP-OC-2022-058909
- Requester Name: Mr. C. Peter Sorenson
- Date Submitted: 03/28/2022
- Long Description: 2022-HQFO-00720. Requesting 1) all records depicting or describing the findings of the "investigative work" done by U.S. Customs and Border Protection's Office of Professional Responsibility on the September 19, 2021 incident. For purposes of this numbered request and for all that follow the term "the September 19, 2021 incident" means "Allegations made against or about United States Customs and Border Protection (CBP) agents "whipping" or otherwise engaging migrants attempting to cross into the United States in or near the Rio Grande River near Del Rio, Texas during the migrants' encounter with CBP agents on September 19, 2021. Photographs of this encounter were taken by El Paso freelance journalist Paul Ratje." photographs depicted the agents engaged in 'whipping' the migrants. Substantial communications, as reported in the media, occurred between the White House and the Department of Homeland Security and the CBP