**Exhibit 6**



June 1, 2022

FOIA Officer
U.S. Customs and Border Protection
90 K Street, NE
FOIA Division
Washington, DC 20229

SENT VIA MAIL

RE: Estimated Completion Date on FOIA Request CBP-OC-2022-058909

Dear FOIA Officer,

On February 22, 2022, my client submitted a request to the United States Department of Homeland Security (DHS). This letter was received by DHS on February 28, 2022 and transferred to the U.S. Customs and Border Protection (CBP) on March 25, 2022 by DHS. Customs and Border Protection received the request on March 28, 2022 and assigned an old tracking number of CBP-2022-058909 before assigning the request the new tracking number CBP-OC-2022-058909. The online portal lists the estimated date of completion as April 25, 2022 which is obviously no longer correct.

Title 5 United States Code § 552 (a)(7)(B)(ii) states that each agency shall provide the person making a request for records an estimated date on which the agency will complete action on the request. The law states:

"Each agency shall -- . . . (B) establish a telephone line or Internet service that provides information about the status of a request to the person making the request using the assigned tracking number, including -- . . . (ii) an estimated date on which the agency will complete action on the request."

This provision was enacted by Congress in 2007. According to the Office of Government Information Services Freedom of Information Act Ombudsman "[t]his requirement helps the requester better understand the agency's FOIA process and gives the requester a more accurate picture of when he/she will receive a response."

Page 1 of 2

In this instance, CBP has not provided my client with an accurate Estimated Completion Date. Demand is formally made upon you to provide an Estimated Competition Date. This Estimated Completion Date may be provided to me via email at petesorenson@gmail.com.

C. Peter Sorenson
Attorney at Law
Sorenson Law Office
PO Box 10836
Eugene, Oregon 97440