**Exhibit 7**



