Case 1:22-cv-01724-CJN   Document 1-13   Filed 06/15/22   Page 1 of 2

**Exhibit 8**

From: **Peter Sorenson** <peter@sorensonfoialaw.com>
Date: Mon, May 23, 2022 at 1:47 PM
Subject: National Police Association - DHS - 2022-HQFO-00720.
To: <foia@hq.dhs.gov>

May 23, 2022

Dear DHS FOIA office,

Our law office represents the National Police Association. In your response to our request you stated, "If you need to contact our office again about this matter, please refer to 2022-HQFO-00720. You may contact this office at 1-866-431-0486 or 202-343-1743 or at foia@hq.dhs.gov."

We are contacting you for an update on our request. What is the update?

Has the tracking number changed since you assigned CPB to respond to our request? If it changed, what is that tracking number? What is the email address of the FOIA office for the CBP?

We are also contacting you to make a formal demand for an estimated completion date on our request. Demand is made upon you a second time for an estimated completion date on our amended request. This is our second such demand. Title 5 U.S.C. § 552 (a)(7)(B)(ii) states that each agency shall provide the person making a request for records an estimated date on which the agency will complete action on the request. The law states, in part: "Each agency shall -- . . . (B) establish a telephone line or Internet service that provides information about the status of a request to the person making the request using the assigned tracking number, including -- . . . (ii)an estimated date on which the agency will complete action on the request."

This provision was enacted by Congress in 2007. According to the Office of Government Information Services Freedom of Information Act Ombudsman,"[t]his requirement helps the requester better understand the agency's FOIA process and gives the requester a more accurate picture of when he/she will receive a response."

We look forward to an estimated completion date and other information on our request.

Best,

C. Peter Sorenson
Sorenson Law Office

https://mail.google.com/mail/u/4/?ik=4bdff3574b&view=pt&search…read-f%3A1735382353503569090&simpl=msg-f%3A1735382353503569090     Page 1 of 1